1 **JS-6**

2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Kirk Barnard<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Precision Shooting Equipment, Inc.<br>　a Delaware Corporation<br>　　　　　　　　　　Defendant,<br>and<br><br>Browning Corporation<br>　a Utah Corporation<br>　　　　　　　　　　Defendant,<br>and<br><br>Paradigm Archery Products, LLC<br>　a Pennsylvania limited liability company<br>　　　　　　　　　　Defendant,<br>and<br><br>Robinhood Video Productions, Inc.<br>　a Florida Corporation<br>　　　　　　　　　　Defendant. | CASE NO. CV09-4663 AHM(EX)<br><br><br>ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE |

-2-

1  The Court having considered Plaintiff's Stipulation to Dismiss Action Without
2  Prejudice, it is now here ordered and adjudged by this Court that this cause be dismissed
3  without prejudice.
4
5  IT IS SO ORDERED this 16th day of July 2009.
6
7
8                                                      /s/ A. Howard Matz
9                                              _____
                                                United States District Judge
10  **JS-6**                                   Honorable A. Howard Matz
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28